UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED

2005 MAY 10 P 3: 20

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____

| | |
|---|---|
| VICTOR RODELA,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>M. MESKE, Warden; et al.,<br><br>  Defendants - Appellees. | No. 05-15488<br>D.C. No. CV-01-06497-AWI/LJO<br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 5-10-05